PROB 12C
(6/16)

Report Date:  August 12, 2021

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

## Aug 12, 2021

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Brian John Solorio          Case Number: 0980 2:20CR00158-WFN-1

Last Known Address of Offender:                    Spokane, Washington 99205

Name of Sentencing Judicial Officer:  The Honorable Edward J. Lodge, Senior U.S. District Judge
Name of Supervising Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: September 27, 2017

| | | |
|---|---|---|
| Original Offense: | Unlawful Possession of Firearm, 18 U.S.C. § 922(g)(1) | |
| Original Sentence: | Prison - 24 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>(October 14, 2020) | Prison - 1 month<br>TSR - 35 months | |
| Asst. U.S. Attorney: | James Goeke | Date Supervision Commenced: November 4, 2020 |
| Defense Attorney: | Roger Peven | Date Supervision Expires: October 3, 2023 |

## PETITIONING THE COURT

**To issue a warrant**.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition # 5**: You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 calendar days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change. |

**Supporting Evidence**: It is alleged that Mr. Solorio violated the terms of his supervised release by failing to report a change in residence, on or about August 9, 2021.

On November 10, 2020, a supervision intake was completed with Mr. Solorio over the telephone.  He verbally acknowledged an understanding of the conditions imposed by the Court, to include standard condition number 5, noted above.  He later signed copies of these documents.

Prob12C
**Re: Solorio, Brian John**
**August 12, 2021**
**Page 2**

Brian Solorio was residing at a faith-based clean and sober residence through the Family of Faith church. During the weekend, on August 6, 2021, he reported to the house leaders he was going camping with his family. He was expected to return to the residence by August 8, 2021. Mr. Solorio did not return to the residence as expected, and was later contacted by a house leader. It was reported, Mr. Solorio told the house leader they could not tell him when he had to come back, and that he would return when he wanted to. As a result, he was terminated from the residence.

On August 9, 2021, at approximately 2 p.m., Mr. Solorio sent the undersigned a text message stating he was "outta my house," and he was checking himself into the hospital because he was "not feeling good."

Efforts were made to contact Mr. Solorio that same day, as well as the following 2 days, via telephone calls, voice mails and text messages and he has not responded. The local hospitals were contacted who advised Mr. Solorio has not been seen at their facilities during the reported time frame.

Mr. Solorio's whereabouts are unknown. It appears he has absconded and a warrant is recommended.

2       **Additional Supervised Release Terms #5**: The defendant shall participate in a program of mental health treatment, as directed by the probation officer. The cost is to be paid by both the defendant and the government based upon the defendant's ability to pay.

**Supporting Evidence**: It is alleged that Mr. Solorio violated the terms of his supervised release by failing to attend mental health treatment on or about August 12, 2021.

On November 10, 2020, a supervision intake was completed with Mr. Solorio over the telephone. He verbally acknowledged an understanding of the conditions imposed by the Court, to include the above-noted additional supervised release terms. He later signed copies of these documents.

On August 5, 2021, Mr. Solorio completed a mental health assessment with Pioneer Human Services. He was then scheduled to attend his first therapy session on August 12, 2021.

Mr. Solorio failed to appear for this mental health appointment.

3       **Additional Supervised Release Terms #3:** The defendant shall participate in a program of testing and treatment for drug and alcohol abuse, as directed by the probation officer. The cost is to be paid by both the defendant and the government based upon the defendant's ability to pay.

**Supporting Evidence**: It is alleged that Mr. Solorio violated the terms of his supervised release by failing to appear for random drug testing on or about August 9 and 11, 2021.

On November 10, 2020, a supervision intake was completed with Mr. Solorio over the telephone. He verbally acknowledged an understanding of the conditions imposed by the Court, to include the above-noted additional supervised release terms. He later signed copies of these documents.

Prob12C
**Re: Solorio, Brian John**
**August 12, 2021**
**Page 3**

On January 21, 2021, Mr. Solorio attended his first Sobriety Treatment and Education Program (STEP) session. He was placed on increased drug testing as a requirement of STEP. He is required to call the testing line daily to determine if his color (red) is called, and to appear for testing that same day.

Mr. Solorio failed to appear for random drug testing on August 9 and 11, 2021.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the defendant to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:     08/12/2021

s/Melissa Hanson

Melissa Hanson
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

Signature of Judicial Officer

8/12/2021

Date